CLARA MALESKY, Respondent, v. HYMAN SAMUELS, Appellant, Impleaded with Another.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JACOB J. MAYER, Respondent, v. HAUPT PAINT AND HARDWARE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ROSARIO MELI, Respondent, v. HAUPT PAINT AND HARDWARE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MUNSON PADDOCK and ALBERT HORTON, Respondents, v. THE WRIGHT COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

FRANCES PATRONE and Another, as Administrators, etc., of NICHOLAS PATRONE, Deceased, Respondents, v. M. P. HOWLETT, INC., Appellant.— Judgment and order reversed on the facts, and a new trial granted, costs to abide the event, unless within twenty days plaintiffs stipulate to reduce the amount of the verdict to the sum of $20,000; in which event the judgment, as so modified, and the order are unanimously affirmed, without costs. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NEIL MEILE, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

JEFFREY SMITH, Respondent, v. FRANK A. WOOD, Appellant.— Judgment and order of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

MARY TAMINELLI, Respondent, v. BROOKLYN POSTER ADVERTISING COMPANY, Appellant.— Judgment unanimously affirmed, with costs. We are of the opinion that the case at bar is distinguishable from *Wolf* v. *American Tract Society* (164 N. Y. 30), in that the brick which injured the plaintiff there could not be traced to any one of the numerous contractors and their workmen engaged on the work. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ANGELO TAMINELLI, Respondent, v. BROOKLYN POSTER ADVERTISING COMPANY, Appellant.— Judgment unanimously affirmed, with costs, on the authority of *Taminelli* v. *Brooklyn Poster Advertising Co* [ante, p. 856], decided herewith. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ADOLPH TANNENBAUM and Another, Appellants, v. SIMON PEEREBOON, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

THE VIBROPLEX Co., INC., Respondent, v. JACOB MAY REALTY Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

NATHAN WEBER and Others, Copartners, etc., Appellants, v. HOSIERY MANUFACTURERS CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Manning and Young, JJ., concur; Rich and Jaycox, JJ., dissent. ·

ADOLPH WITTEMANN, Respondent, v. AUSTIN L. SANDS and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.